Case 3:03-cr-00128-TJC Document 54 Filed 03/01/07 Page 1 of 2 PageID 102
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:03-cr-128-J-32TEM
USM NUMBER: 30209-018

V.

PETE BAKER

Defendant's Attorney: James H. Burke, Esquire (pda)

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) 1, 2, 3 and 4 of the term of supervision.

___ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to follow instructions of the probation officer. | March 6, 2006 |
| 2. | Failure to participate in drug aftercare treatment. | March 6, 2006 |
| 3. | Failure to submit to urinalysis. | April 7, 2006 |
| 4. | Positive urinalysis. | April 27, 2006 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has not violated charge number(s)___ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 20, 2007

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: February ___, 2007

| | |
|---|---|
| Defendant: PETE BAKER | Judgment - Page 2 of 2 |
| Case No.: 3:03-cr-128-J-32TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWELVE (12) MONTHS with no supervision to follow.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

\_\_\_\_ at _____ a.m. p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

\_\_\_\_ before 2 p.m. on _____.

\_\_\_\_ as notified by the United States Marshal.

\_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL